UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

KENNETH C. O'NEIL,

           Plaintiff,                    Case No. 2:16-cv-117
                                       **CHIEF JUDGE EDMUND A. SARGUS, JR.**
       v.                       **Magistrate Judge Kimberly A. Jolson**

COMMISSIONER OF SOCIAL SECURITY,

           Defendant.

## ORDER

This matter is before the Court for consideration of the parties' Joint Motion to Remand [ECF No. 16] pursuant to Sentence Four of the Social Security Act, 42 U.S.C. § 405(g). In accordance with the parties' agreement, the Appeals Council will, upon receipt of this Order, vacate all findings in the Administrative Law Judge's (ALJ's) decision. The Commissioner will conduct further proceedings and develop the administrative record as necessary to determine whether Plaintiff is disabled within the meaning of the Social Security Act, including offering Plaintiff an opportunity to attend a de novo ALJ hearing and issuing a new decision.

Accordingly, the Commissioner's decision is **REVERSED** and this case is **REMANDED** for further proceedings under Sentence Four of § 405(g).

IT IS SO ORDERED.

_____ 8/17/2016

DATE

_____

EDMUND A. SARGUS, JR.
CHIEF UNITED STATES DISTRICT JUDGE